UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** VIRGEN MILAGROS CADIZ BENITEZ
**Case Number:** 12-03014-ESL13            **Chapter:** 13
**Date / Time / Room:** 4/23/2013 9:00 AM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** EVANGELINA MENDEZ
**Reporter / ECR:** JENNY OLIVERAS

## Matter:

Doc# 45 Motion for Relief From Stay Under 362 filed by Doral Bank/RNPM LLC
Doc# 52 Debtor's reply

## Appearances:

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO            *Raquel Nuñez*
WALLACE VAZQUEZ SANABRIA  ✓

*[handwritten: $1,400 pl. today
Balance: $436.71
+ May 2013
& $436.71]*

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; ____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

__X__ Debtor shall provide adequate protection to movant by:
__X__ curing the arrears within __90__ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within ____ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge